UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LUIS ANTONIO COLON,

    Petitioner,

-vs-                                    Case No. 8:04-cv-2567-T-27TBM

JAMES V. CROSBY, JR.,

    Respondent.

_____/

## ORDER

THIS cause is before the Court on Petitioner's Motion for Enlargement of Record Pursuant to Rule 7, Rules Governing § 2254 Habeas Petitions (Dkt. 12) and Motion for Leave to File a Reply to Respondents' Response in Excess of the Twenty-Page Limit (Dkt. 13).

Respondent asserts that the Petition is time barred. See 28 U.S.C. § 2244(d)(1). Petitioner seeks leave to expand the record to include information provided to him by The Florida Bar that he asserts is relevant to the issue of equitable tolling of the limitations period applicable to requests for federal habeas relief.

Petitioner states that he cannot address the issue of equitable tolling and the merits of his claims in a 20 page document.

UPON consideration, the Court **ORDERS** that:

1. Petitioner's Motion for Enlargement of Record Pursuant to Rule 7, Rules Governing § 2254 Habeas Petitions (**Dkt. 12**) is **GRANTED**. The documents provided by The Florida Bar, attached to Petitioner's response, will be included in the record.

2. The Motion for Leave to File a Reply to Respondents' Response in Excess of the Twenty-Page Limit (**Dkt. 13**) is **GRANTED**. The Clerk shall docket the response, which Petitioner attached to the motion.

**ORDERED** at Tampa, Florida, on _July 25_, 2005.

THOMAS B. McCOUN, III
United States Magistrate Judge

Copy to: All Parties/Counsel of Record
SA:jsh